## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CAMILO MOROCHO MONTELAZA     :
              Petitioner,    :    CIVIL ACTION
                               :

     v.                          :    NO.  26-5222
                               :

WARDEN OF FDC J.L. JAMISON, et al.    :
                               :

           Respondents.    :

## ORDER

**AND NOW**, this 27th day of July, 2026, upon consideration of Petitioner's Motion to Appoint the Federal Community Defender Office as Counsel and to Waive Filing Fee (ECF No. 2), it is hereby **ORDERED** that the Motion is **GRANTED**. It is further **ORDERED** that the $5.00 filing fee in this case is waived.

                                 **BY THE COURT:**

                                 /s/ Catherine Henry
                                 **CATHERINE HENRY, J.**